

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00286-CV

**CITY OF SAN ANTONIO, ACTING BY AND THROUGH CITY PUBLIC SERVICE BOARD ("CPS ENERGY"),**
Appellants

v.

**TOMMY HARRAL CONSTRUCTION, INC.,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 383269
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Appellee's brief was filed July 15, 2015. However, the brief does not contain (1) any citations to the record in support of the facts asserted or (2) any citations to or discussion of any authority in support of the arguments made. *See* TEX. R. APP. P. 38.2(a)(1), 38.1(i).

We order appellee to file an amended brief by **August 6, 2015**. If a timely amended brief that corrects these deficiencies is not filed, we "may strike the brief, prohibit [appellee] from filing another, and proceed as if [appellee] had failed to file a brief." *See* TEX. R. APP. P. 38.9(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.



Keith E. Hottle
Clerk of Court